◼◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH WILLIAMS, Appellant. [614 NYS2d 138] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered November 14, 1991, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The *Sandoval* ruling of the Supreme Court (Goldstein, J.), was not an improvident exercise of discretion *(see, People v Jay,* 187 AD2d 454; *People v Pennetti,* 182 AD2d 647; *People v Moore,* 178 AD2d 561). Sullivan, J. P., O'Brien, Santucci and Hart, JJ., concur.